```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

 LUZ N. ORTIZ,

                      Plaintiff,            MEMORANDUM & ORDER
                                             25-CV-5595(EK)(SDE)
             -against-

 JOHN DOE CALLERS ASSOCIATED WITH
 TELEPHONE NUMBERS LISTED IN EXHIBIT
 A,

                      Defendants.

---------------------------------------x
```
ERIC KOMITEE, United States District Judge:

      Luz N. Ortiz filed this action under the Telephone Consumer Protection Act of 1991.  Proceeding *pro se*, Plaintiff moves to proceed *in forma pauperis*.  ECF No. 2.  For the reasons set forth below, that motion is denied without prejudice.

      Under 28 U.S.C. § 1914, the filing fee to commence a civil action is $350, with an additional administrative fee of $55, for a total fee of $405.  Under 28 U.S.C. § 1915, the Court may waive the filing fee upon finding a plaintiff indigent.  Plaintiff's application claims expenses in excess of income, but lists $10,000 in cash and accounts. ECF No. 2, at 4. Based on this information, the Court is unable to find that Plaintiff is entitled to proceed *in forma pauperis*.

      The only defendants named in this action are unknown "callers associated with the telephone numbers listed in Exhibit

A." ECF No. 1. Plaintiff asks the Court to issue subpoenas to T-Mobile USA, Inc. in order to identify the subscribers associated with the listed phone numbers, "so that Plaintiff may identify and properly serve the Defendants." ECF No. 1-2, at 1. Plaintiff also requests the Court to "order T-Mobile USA, Inc. to waive any fees associated with producing these records." *Id.* at 2. No subpoena will issue until plaintiff pays the filing fee in this case or is granted *in forma pauperis* status. *Cf. Lockridge v. Progressive Ins.*, No. 18-CV-814, 2019 WL 807055, at *3 n.3 (W.D.N.Y. Feb. 21, 2019) ("28 U.S.C. § 1914 and § 1915 clarify that no civil action exists until *either* a plaintiff pays the required filing and miscellaneous fees *or* a court grants a plaintiff's motion to proceed without paying those fees . . . ."). And even if plaintiff were to proceed *in forma pauperis*, that status would "not authorize the court to pay [plaintiff's] discovery costs." *Akande v. United States Marshal Serv.*, No. 11-CV-1125, 2018 WL 10667611, at *1 (D. Conn. Aug. 21, 2018) (collecting cases).

   To proceed with this action, plaintiff must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a sufficient long-form in forma pauperis application. If plaintiff fails to do either within fourteen days, this action will be dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken

in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

       SO ORDERED.

                                     /s/ Eric Komitee
                                     ERIC KOMITEE
                                     United States District Judge

Dated:    December 19, 2025
            Brooklyn, New York